An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BILL FODOR A/K/A BILL EMERY FODOR,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61171

**FILED**

MAY 23 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court denying a motion for return of seized property. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for return of seized property, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-15270

cc: Hon. Jerome T. Tao, District Judge
Bill Fodor
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk